Magistrate Judge Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL JAMESON,                        )
                                       )
                    Plaintiff,         )   No. C10-5072JRC
                                       )
        vs.                            )   ORDER EXTENDING TIME AND
                                       )   REVISING BRIEFING SCHEDULE
MICHAEL J. ASTRUE, Commissioner        )
of Social Security,                    )
                                       )
                    Defendant.         )
_____)

THIS MATTER coming before the Court on the Stipulation of the parties hereto,

IT IS HEREBY ORDERED that the Briefing Schedule in this matter be revised as follows:

Plaintiff's Opening Brief to be filed on or before          May 26, 2010

Defendant's Answering Brief to be filed on or before   June 23, 2010

Plaintiff's Reply Brief to be filed on or before          July 7, 2010

Oral argument, if desired, requested by          July 14, 2010

Dated this 5th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

Order Extending Time and
Revising Briefing Schedule - 1