1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

CHERYL JAMESON,                                      CASE NO.  C10-5072BHS

11
                               Plaintiff,            REPORT AND RECOMMENDATION

                    v.

12

MICHAEL J. ASTRUE, Commissioner of            Noted for October 22, 2010

13    Social Security Administration,

14                             Defendant.

15

16        This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17    U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4) and as authorized by Mathews,

18    secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This case is before the court on plaintiff's

19    failure to respond to the court's order (Doc. 16) directing plaintiff to file an opening brief.  After

20    carefully reviewing the record, the undersigned recommends that the case be dismissed for lack

21    of prosecution.

22

23        Plaintiff, Cheryl Jameson, resides in Longview, Washington.  On or about February 3,

24    2009, plaintiff submitted, with assistance of an attorney, a civil complaint, alleging the Social

25    Security Administration failed to properly consider her applications for social security benefits.

26

REPORT AND RECOMMENDATION - 1

1    On April 14, 2010, the undersigned reviewed the record, and a briefing schedule was

2  issued.  Doc. 7.  Plaintiff's opening brief was due no later than May 12, 2010.  <u>Id</u>.  The court has

3  subsequently granted three stipulated motions presented by plaintiff to extend the time for her to

4  file the opening brief.  Docs. 9, 11, & 15.

5    Despite the three extensions of time, and at least two telephone inquiries from the court to

6  plaintiff's attorney's office to determine the status of the case, an opening brief has not been

7  filed.

8

9                                   <u>CONCLUSION</u>

10   Based on the foregoing and in accordance with Local General Rule GR3, the Court

11 should dismiss this matter for lack of prosecution.  Pursuant to 28 U.S.C. § 636(b)(1) and Rule

12 72(b) of the Federal rules of Civil Procedure, the parties shall have fourteen (14) days from

13 service of this Report to file written objections.  <u>See also</u> Fed. R. Civ. P. 6.  Failure to file

14 objections will result in a waiver of those objections for purposes of appeal.  <u>Thomas v. Arn</u>, 474

15

16 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to

17 set the matter for consideration on October 22, 2010, as noted in the caption.

18   DATED this 29th day of September, 2010.

19

20

21

22                                   J. Richard Creatura
                                    United States Magistrate Judge
23

24

25

26

REPORT AND RECOMMENDATION - 2