UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL JAMESON,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C10-5072BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 17). The Court, having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Report and Recommendation is **ADOPTED**;

(2)    Plaintiff's case is **DISMISSED**.

DATED this 1st day of November 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER