# United States District Court

## WESTERN DISTRICT OF WASHINGTON

CHERYL JAMESON,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C10-5072BHS**

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X\_\_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Report and Recommendation is **ADOPTED**; and

(2)     Plaintiff's case is **DISMISSED**.


_____November 2, 2010_____        _____WILLIAM M. McCOOL_____
Date                                          Clerk

                                 *s/ Mary Trent*_____
                                      Deputy Clerk